| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Trevor W. Barrett, Esq. (SBN 287174)<br>Frank R. Trechsel, Esq. (SBN 312199)<br>DONIGER / BURROUGHS<br>603 Rose Avenue<br>Venice, CA 90291<br>(310) 590-1820 | |
| ATTORNEY(S) FOR: PLAINTIFF FABRIC SELECTION, INC. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FABRIC SELECTION, INC., | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-05843 |
| v. | |
| HEYRI J, INC., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   PLAINTIFF FABRIC SELECTION, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FABRIC SELECTION, INC. | PLAINTIFF |
| HEYRI J, INC. dba ALTAR'D STATE | DEFENDANT |
| BLUSH BOUTIQUE CO LLC | DEFENDANT |
| FTL APPAREL, LLC dba JOYFOLIE and MIA JOY | DEFENDANT |
| SEXY MAMA MATERNITY LLC | DEFENDANT |

| 07/11/2024 | /s/ Trevor W. Barrett |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Trevor W. Barrett, Esq. - Attorney for Plaintiff