UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 24-5843-MWF(BFMx)** | Date: September 17, 2024 |
| Title | ***Fabric Selection, Inc. v. Heyri J, Inc., et al.*** | |

Present: The Honorable:   MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on July 11, 2024. (Docket No. 1). On July 19, 2024, Plaintiff Fabric Selection, Inc. filed four Proofs of Service of the Summons and Complaint, as follows:

- Defendant Sexy Mama Maternity LLC, by personal service on Chloe Marx, registered agent, on July 18, 2024. (Docket No. 10).
- Defendant Blush Boutique Co LLC, by personal service on Abby Lynn Neal, registered agent, on July 17, 2024. (Docket No. 11).
- Defendant Heyri J, Inc., by substituted service on Yijung Lim, registered agent for service of process, on July 17, 2024, with mailing on July 22, 2024. (Docket No. 12).
- Defendant FTL Apparel, LLC, by personal service on Chelsea Kuerbiss, on July 26, 2024. (Docket No. 13).

On August 7, 2024, Plaintiff filed a dismissal as to Defendant Blush Boutique Co LLC. (Docket Nos. 14 and 15).

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 7, 2024**.

///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 24-5843-MWF(BFMx)**                                Date:  September 17, 2024

Title      ***Fabric Selection, Inc. v. Heyri J, Inc., et al.***

- By Defendants:  Responses to the Complaint.  The parties may also file appropriate stipulations to extend the time within which Defendants must respond to the Complaint.

    OR

- By Plaintiff:  Applications to the Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **OCTOBER 7, 2024** will result in the dismissal of this action.

IT IS SO ORDERED.