Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRIC SELECTION, INC., <br><br>Plaintiff, <br><br>v. <br><br>HEYRI J, INC., et al., <br><br>Defendants. | Case No. 2:24-cv-05843-MWF-BFM <br>*Hon. Michael W. Fitzgerald Presiding* <br><br>**NOTICE OF SETTLEMENT AND RESPONSE RE OSC (DKT. 16) AS TO DEFENDANT FTL APPAREL, LLC ONLY** |

Case 2:24-cv-05843-MWF-BFM   Document 18   Filed 10/07/24   Page 2 of 2   Page ID #:45

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Fabric Selection, Inc. ("Plaintiff") has reached a settlement of all claims asserted against Defendant FTL Apparel, LLC d/b/a "JOYFOLIE" and "mia JOY" (together with Plaintiff, the "Parties") and the Parties are currently in the process of memorializing and performing the long-form agreement.

Plaintiff anticipates the filing of a Notice of Dismissal with prejudice within thirty (30) days, with each of the Parties paying their own attorneys' fees and costs as incurred in this action.

Plaintiff respectfully requests that the Order to Show Cause, issued on September 17, 2024 under Dkt. 16 be discharged as to FTL Apparel, LLC.

This action will continue as to the remaining claims and defendants.

Respectfully submitted,

Dated: October 7, 2024       By:   /s/ *Trevor W. Barrett*
                                   Trevor W. Barrett, Esq.
                                   DONIGER / BURROUGHS
                                   *Attorney for Plaintiff*

- 2 –
NOTICE OF SETTLEMENT