UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  **CV 24-5843-MWF(BFMx)**                                                                 Date: October 9, 2024

Title          *Fabric Selection, Inc. v. Heyri J. Inc., et al.*

---

Present: The Honorable:        MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER (1) DISCHARGING PRIOR OSC; (2) ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

On September 17, 2024, the Court issued an Order to Show Cause (the "OSC") re dismissal for lack of prosecution. (Docket No. 16). On October 7, 2024, Plaintiff filed a Notice of Settlement and Response Re OSC (the "Response"), and Requests for Clerk to Enter Default as to Defendants Heyri J. Inc. and Sexy Mama Maternity LLC. (Docket Nos. 18, 19 and 20). The Clerk entered the requested Defaults as to those Defendants on October 8, 2024. (Docket Nos. 21, 22).

The Court **ORDERS** Plaintiff and Defendant FTL Apparel, LLC to file a stipulated dismissal no later than **November 18, 2024**.

In light of the Defaults as to Heyri J. Inc. and Sexy Mama Maternity LLC, the Court sets a hearing for Order to Show Cause Re Default Judgment for **November 18, 2024, at 11:30 a.m**. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order to Show Cause will be discharged, and no appearances will be necessary.

Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

IT IS SO ORDERED.