Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| FABRIC SELECTION, INC., Plaintiff, v. HEYRI J, INC., et al., Defendants. | Case No. 2:24-cv-05843-MWF-BFM <br> *Hon. Michael W. Fitzgerald Presiding* <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF A CERTAIN PARTY WITH PREJUDICE** |
|---|---|

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff Fabric Selection, Inc. hereby dismisses Defendant FTL Apparel, LLC d/b/a "JOYFOLIE" and "mia JOY" *with prejudice* and with each party bearing their own fees and costs pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Per the aforementioned statute, no court order is required in connection with this notice of dismissal.

Dated: February 8, 2025         DONIGER/BURROUGHS

                                By:   */s/ Trevor W. Barrett*
                                      Trevor W. Barrett, Esq.
                                      *Attorney for Plaintiff*